## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Garrett Grothoff, a Special Agent with the Department of Homeland Security Investigations being duly sworn, depose and state as follows:

## BACKGROUND

1.    I am I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2.    I have been a Special Agent with Homeland Security Investigations since February 2021. From 2016-2021, after completing Federal Law Enforcement Training in Artesia, New Mexico, I served as a United States Border Patrol Agent in Las Cruces, New Mexico. During my service in the Border Patrol, I was assigned to checkpoints on two major corridors of narcotic trafficking into the United States from Juarez, Mexico, through El Paso, Texas in route to Colorado and California. I also assisted in numerous drug seizures and prosecutions stemming from interdiction on the interstates and in the desert from traffickers attempting to circumvent Border Patrol checkpoints. After graduating from the Federal Law Enforcement Training Center with Homeland Security I was assigned to the Border Enforcement Security Task Force in March 2022. I have been involved in various types of electronic surveillance, and in the debriefing of defendants, witnesses, and informants, who have knowledge of the distribution and transportation of controlled substances and of the laundering and concealing of proceeds from drug trafficking in violation. I have received training in investigations involving transporting and distributing controlled substances. I am familiar with the ways in which drug traffickers conduct their business, including, but not limited to their methods of importing and distributing controlled substances, their use of telephones, and their use of

1

numerical codes and code words to conduct their transactions. I am familiar with and have participated in all the traditional methods of investigation, including, but not limited to visual surveillance, the general questioning of witnesses, the use of informants, the use of pen registers, the execution of search warrants, undercover operations, cell phone geo-location search warrants, and Title III investigations

3.      Because this affidavit is submitted for the limited purpose of establishing probable cause justifying the issuance of an arrest warrant, I have not included details of every aspect of this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to support this criminal complaint.

4.      The facts and information contained in this affidavit are based on my personal knowledge, as well as upon information received in my official capacity from other individuals, including other federal, state and local law enforcement officers.

5.      Based on the facts set forth in this affidavit, there is probable cause to believe that Shalond White has violated 18 USC § 111 – Assaulting, resisting, or impeding certain officers or employees.

### FACTS IN SUPPORT OF PROBABLE CAUSE

1.      On January 8, 2026, at approximately 12:30pm, Memphis Police Department (MPD) assisted by Homeland Security Investigations (HSI) as part of the Memphis Safe Task Force, observed a brown Fiat 500 bearing TN tag 394BNRX with an inoperable break light. MPD officers initiated a traffic stop and identified the driver as Shalond WHITE. Through investigative means, Shalond White was confirmed to have an active arrest warrant with the Germantown TN Police Department (GPD) for criminal trespass (GS 26-0255).

2

2.     The stop took place in the Memphis Police Department Appling Farms district at the corner of Macon and Blake Rd. This address is located in the Western District of Tennessee.

3.     MPD Officers gave WHITE commands to exit the vehicle and WHITE stated "no." MPD Officer Pierce then opened the car door, at which time WHITE kicked MPD Officer Parker in the left thigh. White then began to throw punches and struck Germantown Police Officer Tyler Catterton on the right shoulder. After officers removed WHITE from the car and were placing her into custody she turned and spit on MPD Officer Pierce's right cheek. MPD Officer Parker also suffered an abrasion to her right forearm caused by WHITE as she was placed in custody.

4.     Memphis Fire Department (MFD) arrived at the scene to provide medical treatment. All parties involved refused treatment on scene.

5.     WHITE was transported to the MPD Appling Farms precinct for further investigation prior to being taken to jail east for booking and processing.

6.     WHITE's Fiat 500 was towed to the city lot with no holds.

7.     Records checks show WHITE has a criminal history documented under FBI# 43466TC7, spanning Mississippi and Tennessee. Records show previous charges for assault, resisting official detention, aggravated burglary, theft of property and services, vandalism, failure to appear, reckless endangerment with a deadly weapon (plead guilty) and a parole violation in 2015.

### CONCLUSION

Based on the facts set forth above, I submit that there exists probable cause to charge Shalond WHITE with violating 18 USC § 111 – Assaulting, resisting, or impeding certain officers or employees.

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 41 by telephone.

*Garrett Grothoff*

**Garrett Grothoff**
Special Agent
U.S. Homeland Security Investigations

Sworn and subscribed to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at ____12:02 p.m.____, this 13th day of January 2026, in Memphis, TN.

s/Annie T. Christoff

Honorable Annie T. Christoff
United States Magistrate Judge

4